AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

Mr. William T. Coleman *doing business as Rappergreens et al also known as William Theoplas Coleman*,

*Plaintiff*

v.

Officer Shirley *Irmo Police Officer*; Officer McClaurin *Irmo Police Officer also known as Brandon McClaurin*; Officer Dechman *Irmo Police Officer*; Magistrate Rebecca Adams *Magistrate Judge*; Solicitor Whitney K. Yongue,

*Defendants*

)
)
)
)
)

Civil Action No.    3:21-cv-01516-JFA

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ The plaintiff, Mr. William T. Coleman *doing business as Rappergreens et al also known as William Theoplas Coleman*, shall take nothing of the defendants, Officer Shirley *Irmo Police Officer*; Officer McClaurin *Irmo Police Officer also known as Brandon McClaurin*; Officer Dechman *Irmo Police Officer*; Magistrate Rebecca Adams *Magistrate Judge*; Solicitor Whitney K. Yongue and this action is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., Senior United States District Judge, presiding, adopting with the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:   October 13, 2021

*ROBIN L. BLUME, CLERK OF COURT*

s/L. Baker

*Signature of Clerk or Deputy Clerk*